

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2021

No. 04-20-00333-CR

Zohair **AHMED**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2128A
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Court-appointed counsel for appellant has filed a brief stating there are no meritorious issues to raise on appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967). However, the brief does not meet all of the *Anders* requirements. An *Anders* brief must include a (1) motion to withdraw as counsel, and (2) a certificate stating counsel has served copies of the brief and motion on appellant, informed appellant of his right to review the record and file his own brief, and explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.); *see also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

It is therefore ORDERED that the appellant's brief is STRICKEN and counsel is instructed to file an appellant's brief in compliance with the *Anders* requirements set forth in this order. The appellant's brief must be filed ***within fourteen (14) days*** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2021.



MICHAEL A. CRUZ, Clerk of Court